An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE MOON, AN INDIVIDUAL; WILLIAM BRECK, AN INDIVIDUAL; MARIA CAMPOS, AN INDIVIDUAL; AND WAYNE MOON, AN INDIVIDUAL,
                    Appellants,
            vs.
RAUL AND MARIANE HERNANDEZ, AS HUSBAND AND WIFE; RAMON AND JUANA GUERRERO, AS HUSBAND AND WIFE; TIMOTHY BURKE, AN INDIVIDUAL; RUDY AND ELLA KANCYLAR, AS HUSBAND AND WIFE; EFRAIN AND VANESSA SANDOVAL, AS HUSBAND AND WIFE; FRANCISCO JACINTO-LARA AND GLORIA SANCHEZ DE JACINTO, AS HUSBAND AND WIFE; DEMECIO AND MARTINA JACINTO, AS HUSBAND AND WIFE; NORMA JACINTO ESTRADA, AN INDIVIDUAL; SALVADOR HERNANDEZ, AN INDIVIDUAL; RITA MARTYNAITIENE, AN INDIVIDUAL; VYTAUTAS MARTYNAITIS, AN INDIVIDUAL; MARIA MADERA, AN INDIVIDUAL; RODOLFO MENDOZA-QUINTANA AND VERONICA MENDOZA, AS HUSBAND AND WIFE; MARCELO AND MARTHA CARO, AS HUSBAND AND WIFE; JOAQUIN MENDOZA-RAMOS, AN INDIVIDUAL; AND ESTELA TAVARES,
                    Respondents.

No. 65014

**FILED**

SEP 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On July 10, 2015, this court entered an order to show cause directing appellants to show cause why this appeal should not be

15-27097

dismissed for lack of jurisdiction. We noted that it appeared no final judgment had been entered because (1) counterclaims filed by appellants Leslie and Wayne Moon and Maria Campos against respondents Raul and Mariane Hernandez, and (2) a third party complaint filed by the Law Office of Bryan Hunt PLLC against appellant William Breck remain pending in the district court. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools Inc. v. Workman*, 107 Nev. 340, 342-43, 810 P.2d 1217, 1219 (1991). Appellant William Breck has filed what appears to be his response to our order.[1] He attached an order from the district court addressing the claims and counterclaims referenced in our order. The district court's order specifically states that the claims and counterclaims may be dismissed at a later time; the order does not resolve the claims and counterclaims. Accordingly, we conclude that no final judgment has been entered and we lack jurisdiction over this appeal. We

ORDER this appeal DISMISSED.[2]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]No other parties have filed any response to our order to show cause.

[2]Cause appearing, we grant appellant Breck's motion for an extension of time to permit the district court to rule on appellant's motion to correct the record.

cc: Leslie Moon
Maria Campos
Wayne Moon
William Breck
Fahrendorf, Viloria, Oliphant & Oster, LLP
Doyle Law Office, PLLC

SUPREME COURT
OF
NEVADA

(O) 1947A